UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- x

PARK LANE IBS, LLC AND STONEHAVEN, LLC       :    1:23-cv-08620 (PKC)

                      Petitioners,

                              :    **CERTIFICATE OF SERVICE OF**

   v.                             **INTERROGATORY AND ORDER**

                              :    **FOR PRETRIAL CONFERENCE**

UNBND GROUP PTY LTD.,

                              :

                 Respondent.

                              :

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- x

## CERTIFICATE OF SERVICE

I, Lane H. Lerner, hereby certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on October 13, 2023, pursuant to the Orders by Judge P. Kevin Castel entered October 5, 2023 and October 10, 2023, I served an ***Interrogatory to Petitioner Stonehaven, LLC, and the October 10, 2023 Order for an Initial Pretrial Conference*** by FedEx® Priority Overnight delivery to the counsel at the address shown below.

    Michael D. Kibler, Esq.
    Daniel J. Stujenske, Esq.
    KIBLER FOWLER & CAVE LLP
    500 Fifth Avenue, 12th Floor
    New York, NY 10110

    *Attorneys for Petitioners Park Lane IBS, LLC and Stonehaven, LLC*

Dated: October 23, 2023

                                Lane H. Lerner
                                Docket Attorney
                                WINSTON & STRAWN LLP
                                200 Park Avenue

New York, NY 10166
(212) 294-6700