UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PARK LANE IBS, LLC and STONEHAVEN, LLC,

                        Petitioners,

                                                            23-cv-8620 (PKC)

        -against-                                               ORDER

UNBND GROUP PTY LTD.,

                        Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Respondent shall respond to the merits of the Petition no later than June 14, 2024.

Petitioners may reply no later than June 28, 2024.

        SO ORDERED.

                                                                 P. Kevin Castel
                                                   United States District Judge

Dated:  New York, New York
           May 22, 2024