**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PARK LANE IBS, LLC and STONEHAVEN LLC,

                       Petitioners,

    -against-                                     23 **CIVIL** 8620 (PKC)

                                                      **<u>JUDGMENT</u>**

UNBND GROUP PTY LTD.,

                       Respondent.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 9, 2024, Respondent's motion to dismiss the petition to partially vacate the Amended Award on timeliness grounds is DENIED. The petition to partially vacate the Amended Award is DENIED. The motion to confirm the Amended Award is GRANTED, and the Amended Award is confirmed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

       September 9, 2024

                                                       **DANIEL ORTIZ**
                                                  _____
                                                   **Acting Clerk of Court**

                           **BY:**       *K. Mango*
                                                   _____
                                                     **Deputy Clerk**