**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
PARK LANE IBS, LLC and STONEHAVEN, LLC,

                 Plaintiff,                      23 **CIVIL** 8620 (PKC)

       -against-                         **AMENDED JUDGMENT**
                                               For Attorney's Fees and Costs

UNBND GROUP PTY LTD.,

                 Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 4, 2025, Unbnd's motion for attorneys' fees and expenses is GRANTED. Unbnd is awarded $88,607 in attorneys' fees and $4,429.02 in costs and expenses.

**Dated:**  New York, New York

      June 4, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**

                                                        **Deputy Clerk**